## Weekly Report of NEW CASES DOCKETED

### INDEX OF CASES

American Guar. Co. v. Cincinnati Iron & Steel Co. 19844
Baumhart v. McClure ............................ 19839
Biscotti v. State .............................. 19845
Briggs v. Gilbert Grocery Co. .................. 19843
Duff v. Rothenberg ............................. 19848
Elliott v. Elliott ............................. 19847
Giehl v. State ................................. 19842
Josephson v. State ............................. 19850
Lowe et v. Kindall ............................. 19853
Ludwig-Hommel & Co. v Woodsfield (Vil.) ...... 19852
Marmorstein v. Schuck .......................... 19840
Sawyer et v. Lyon .............................. 19851
State ex Crabbe v. Indiana, Col. & E. Trac. Co... 19846
Sylvania Prod. Co. v. Yost et .................. 19854
Pure Oil Co. v. Kindall et ..................... 19855
Toledo Term. Rd. Co. v. Hughes ................. 19841
Wilson v. Dewey et ............................. 19849

#### MAY 25, 1926.

1839—Eliza Baumhart v. Mary McClure; motion for Erie Appeals to certify. Thompson, Hine & Flory, Cleveland, H. Hart, Sandusky, for pltff; A. H. West, Elyria, for deft.

19840—Max Marmorstein v. Beverly Jane Schuck; motion for Cuyahoga Appeals to certify. Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for pltff; Payer, Winch, Minshall & Karch, Cleveland, for deft.

19841—Toledo Terminal Rd. Co. v. Lorus W. Hughes; motion for Lucas Appeals to certify. Frasier, Hiett, Wall & Effler, Toledo, for pltff; Thursten & Riehm, Toledo, for deft.

19842—Joseph Giehl v. State of Ohio; motion for Madison Appeals to certify. Knepper & Wilcox, P. E. Dempsey, Columbus, for pltff; H. H. Crabbe, London, for deft.

#### MAY 26, 1926

19843—Wm. M. Briggs v. Gilbert Grocery Co; record certified for review and final determination by Scioto Appeals. Briggs & Briggs, Cleveland and E. C. Millar, Portsmouth, for pltff; Bannon & Bannon, Portsmouth, for deft.

19844—American Guaranty Co. v. Cincinnati Iron & Steel Co; motion for Hardin Appeals to certify. Williams, Sinks, Gearheart & Williams, Columbus, and C. W. Faulkner, Kenton, for pltff.

19845—Thomas Biscotti v. State of Ohio; motion for Cuyahoga Appeals to certify. M. A. Picciano and W. L. Brooker, Cleveland, for pltff; E. C. Stanton, Cleveland, for deft.

#### MAY 27, 1926

19846—State of Ohio ex rel C. C. Crabbe, Attorney General, v. Indiana, Columbus & Eastern Traction Co; action in quo warranto. C. C. Crabbe, J. C. Williamson, Chas. G. Williams, J. E. Sater, Columbus, for pltff; U. G. Hahn, Bellafontaine, for deft.

#### MAY 28, 1926

19847—Myrtle Elliott v. Harry D. Elliott; motion for Cuyahoga Appeals to certify. Tyler & Kurgenberger, Cleveland, for pltff; Krueger & Pelton and T. J. Herbert, Cleveland, for deft.

19848—Robt. Y. Duff v. Wm. Rothenberg; motion for Cuyahoga Appeals to certify. Mooney, Hahn, Loeser & Keough, Cleveland, for pltff; Rothenberg & Smith, Cleveland, for deft.

19849—Curtis M. Wilson v. H. A. Dewey, The Crooksville Milling Co. and Geo. W. Sprine; motion for Perry Appeals to certify. T. M. Potter, New Lexington, for pltff; T. B. Williams, New Lexington, for deft.

19850—Louis W. Josephson v. State of Ohio; motion for leave to file petition in error to the Franklin Appeals. W. S. Pealer, R. Walton and W. E. King, Columbus, for pltff; J. R. King and C. C. Crabbe, Columbus, for deft.

19851—Ida Sawyer, v. J. Park Lyon; motion for Licking Appeals to certify. Fitzibbon, Montgomery, & Black, Newark, for pltff; F. E. Slabaugh, Newark, for deft.

#### JUNE 29, 1926

19852—Ludwig-Hommel & Co. v. Village of Woodsfield; motion for Monroe Appeals to certify. Moore, DeVaul & Moore, Woodsfield, for pltff.

19853—D. W. Lowe et v. Eva Florence Kindall; motion for Monroe Appeals to certify. Moore, DeVaul & Moore, Woodsfield, for pltff.

19854—Sylvania Producing Co. v. M. Yost, Yost & Gordon; motion for Monroe Appeals to certify. Moore, Devaul & Moore, Woodsfield, for pltff.

19855—Pure Oil C. v. Eva F. Kindall and Pure Oil Pipe & Line Co; motion for Monroe Appeals to certify. Moore, DeVaul & Moore, Woodsfield, for pltff.

## PROCEEDINGS OF SUPREME COURT

### INDEX OF CASES DECIDED
#### PROCEEDINGS
Tuesday, June 1, 1926
##### GENERAL DOCKET

Cincinnati Trac. Co. v. Young.................. 19616
Hilty v. Gilbert .............................. 19348
Sommers v. Doersam et ......................... 19494
State ex Shafer v. Tracy, Aud. ................ 19138
Wagner v. State ............................... 19416
Pope v. Gilbert ............................... 19350

##### MOTION DOCKET

Atlas Securities Co. v. Van Sweringen.......... 19774
Bender et v. American Ry. Exp. Co. ........... 19745
Brown v. Macklin .............................. 19742
Elliott v. Elliott ............................ 19847
Franck v. Seavey Mfg. Co. ..................... 19750
Goldberg v. State ............................. 19796
Hamilton (City) v. Hamilton Util. Co........... 19782
Heddesheimer v. Milliken ...................... 19758
Kusze et v. Baumgardner ....................... 19746
Mich. Auto Ins. Co. v. Van Buskirk ............ 19653
Paskel v. Yannelli ............................ 19768
Remix v. Cleveland Tr. Co. .................... 19773
Seigel v. Det. & Tol. Shore Line Rd. Co. ........ 19789
United States Cas. Co. v. Thrush ................ 19783
Valley Oil Co. v. Vaughn ...................... 19777

##### GENERAL DOCKET

19138—State of Ohio, ex rel. Richard H. Shafer, v. Joseph T. Tracy, Auditor. In Mandamus. Judgment for respondent. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-12-25; 3 Abs. 329.

19416—John Wagner v. State of Ohio; error to Hocking Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-13-25; 3 Abs. 722.

19494—Charles E. Sommers v. Barbara Doersam et al. error to Franklin Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-17-25; 4 Abs. 24.

19616—Cincinnati Traction Co. v. James Young et al; error to Hamilton Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-6-26; 4 Abs. 112; OS. Pend. 4 Abs. 241.